## ADERHOLD, Warden, v. ENGLAND.
### No. 7513.

Circuit Court of Appeals, Fifth Circuit.
Oct. 16, 1934.

See, also, (C. C. A.) 67 F.(2d) 248.

Lawrence S. Camp, U. S. Atty., H. T. Nichols, Sp. Atty., and Ike K. Hay, Asst. U. S. Atty., all of Atlanta, Ga., for appellant.

Before BRYAN, FOSTER, and SIBLEY, Circuit Judges.

PER CURIAM.

By this appeal the warden of the Atlanta Penitentiary contends that the district judge erred in computing deductions from a second

sentence imposed upon appellee, a prisoner in the penitentiary. The facts upon which the District Court acted are not shown by the petition, or by any evidence in the record.

It follows that the judgment must be, and it is, affirmed.